%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

William H. Davis,
    Plaintiff

V.

Bernard J. Hagan
    Defendant

SUMMONS IN A CIVIL CASE

03 C 12584 JLT

CASE NUMBER:

TO: (Name and address of Defendant)

    Bernard J. Hagan
    1591 Jackson Street
    San Francisco, California

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Leonard M. Davidson, Esquire
    Schlesinger and Buchbinder, LLP
    1200 Walnut Street
    Newton, Massachusetts 02461

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DEC 22 2003
DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): 416 Alida Way, Apt 125 SSF, CA - Business Address
Left with Building Manager Wayne Sword - at Manager Office
Personally to him

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES 150 oo | TOTAL 150 oo |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-31-04
_____
Date     Signature of Server

P.O. Box 914
_____
Address of Server
Danville, CA 94526

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.