SCHLESINGER AND BUCHBINDER, LLP

ATTORNEYS AT LAW
1200 WALNUT STREET
NEWTON, MASSACHUSETTS 02461-1267

STEPHEN J. BUCHBINDER
ALAN J. SCHLESINGER
JOANNE E. ROMANOW
LEONARD M. DAVIDSON
STEPHANIE J. RACIN
MARIA C. CROCKER
LUKE W. SCHEMMEL
MAUREEN A. HALEY

TELEPHONE (617) 965-3500
FACSIMILE (617) 965-6824
E-MAIL   mail@sab-law.com

OF COUNSEL
HEATHER G. MERRILL

FILED
IN CLERKS OFFICE
2004 JUN 18 P 1:29
U.S. DISTRICT COURT
DISTRICT OF MASS

June 17, 2004

Civil Clerk
U.S. District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Re:   William H. Davis v. Bernard J. Hagan / Civil Action No. 03-12584-JLT

Dear Sir/Madam:

Request is hereby made for an entry of default against the defendant Bernard J. Hagan in the above-indicated action. As you will note from the docket, more than twenty (20) days have elapsed since service of process was made upon the defendant. I therefore request that default be entered against the defendant Bernard J. Hagan as soon as possible.

Thank you for your prompt attention to this matter.

Very truly yours,

Leonard M. Davidson

LMD:eb

cc:   Bernard J. Hagan
      Bill Davis