UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **William H. Davis,** | **CIVIL ACTION** |
| Plaintiff | No. 03-12584-REK |
| V. | |
| **Bernard J. Hagan,** | |
| Defendant | |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, William H. Davis, for an order of default for failure of the defendant Bernard J. Hagan to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 24th day of June 2004.

TONY ANASTAS, CLERK

By: /S/ Craig J. Nicewicz
Deputy Clerk

Notice mailed to: all counsel
Bernard J. Hagan
1591 Jackson Street
San Francisco, CA
94109-8922