# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**William H. Davis**
      **Plaintiff**

**V.**

**Bernard J. Hagan**
      **Defendant**

**CIVIL ACTION**

**NO. 03-12584-REK**

## ORDER OF DISMISSAL

**Keeton, S.D. J.**

Pursuant to Rule 41.1 of the Local Rules of this Court and in accordance with the Notice issued on **11/12/05**, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

**12/5/05**
Date

/s/ Karen Folan
Deputy Clerk

(Dismiss LR41ord.wpd - 12/98)  [odismr41.]