UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **03-12584-WGY**

**WILLIAM DAVIS**
Plaintiff

v.

**BERNARD HAGAN**
Defendant

ORDER

**YOUNG, D.J.**

    This case will be dismissed in 30 days unless the plaintiff files a motion for a default judgment. The motion is to contain a certificate of service on the defendant.

By the Court,

/s/ Elizabeth Smith

**Deputy Clerk**

**July 20, 2006**

**To: All Counsel**