UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DOCKET NO. 03-12584-JLT

| | |
|---|---|
| WILLIAM H. DAVIS,<br>**Plaintiff**<br><br>v.<br><br>BERNARD J. HAGAN, JR.,<br>**Defendant** | JUDGMENT |

    This action came on for hearing before the Court, Honorable William G. Young, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered, is hereby ordered and adjudged that the plaintiff William Davis recover of the defendant Bernard Hagan the sum of Ninety-Four Thousand Five Hundred Ninety ($94,590) Dollars, plus costs in the amount of One Hundred Fifty ($150) Dollars, plus interest thereon at the rate provided by law from the date of filing.

                                                            Clerk of Courts