UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DOCKET NO. 03-12584-JLT

RECEIVED
Clerk's Office
USDC, Mass.
Date    8-21-06
By    CMG
Deputy Clerk

WILLIAM H. DAVIS,              )
        Plaintiff              )
                              )    MOTION FOR ENTRY OF
v.                            )    DEFAULT JUDGMENT
                              )
BERNARD J. HAGAN, JR.,        )
        Defendant             )
_____ )

Now comes the plaintiff in the above-indicated action and hereby moves, in

accordance with Fed.R.Civ.P. 55, for a default judgment in this action. The defendant

was previously defaulted in this action. In support of this motion, the plaintiff submits

herewith the Affidavit of plaintiff William H. Davis. As per the Affidavit, the total

amount due plaintiff, exclusive of costs on its claim against the defendant, is Ninety-Four

Thousand Five Hundred Ninety ($94,590) Dollars. Costs are One Hundred Fifty ($150)

Dollars as the entry fee of the complaint. The defendant is not an infant or incompetent

person; and the defendant is not in the military service of the United States or its allies, as

defined in the Soldiers and Sailors Relief Act of 1940, as amended, but is at present

residing in San Francisco, California.

The plaintiff submits a proposed judgment in the form attached hereto as

Appendix A.

William H. Davis,
By his attorneys,

Leonard M. Davidson, Esquire
Schlesinger and Buchbinder, LLP
1200 Walnut Street
Newton, Massachusetts 02461-1267
(617) 965-3500
BBO #115330

I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party by
mail hand on July 28, 2006.

Leonard M. Davidson
Counsel to the plaintiff