RECEIVED
Clerk's Office
USDC, Mass.
Date  8-21-06
By  CMG
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DOCKET NO. 03-12584-JLT

| | |
|---|---|
| WILLIAM H. DAVIS,<br>Plaintiff<br><br>v.<br><br>BERNARD J. HAGAN, JR.,<br>Defendant | MOTION FOR ENTRY OF<br>DEFAULT JUDGMENT |

Now comes the plaintiff in the above-indicated action and hereby moves, in accordance with Fed.R.Civ.P. 55, for a default judgment in this action. The defendant was previously defaulted in this action. In support of this motion, the plaintiff submits herewith the Affidavit of plaintiff William H. Davis. As per the Affidavit, the total amount due plaintiff, exclusive of costs on its claim against the defendant, is Ninety-Four Thousand Five Hundred Ninety ($94,590) Dollars. Costs are One Hundred Fifty ($150) Dollars as the entry fee of the complaint. The defendant is not an infant or incompetent person; and the defendant is not in the military service of the United States or its allies, as defined in the Soldiers and Sailors Relief Act of 1940, as amended, but is at present residing in San Francisco, California.



The plaintiff submits a proposed judgment in the form attached hereto as Appendix A.

William H. Davis,
By his attorneys,

_____
Leonard M. Davidson, Esquire
Schlesinger and Buchbinder, LLP
1200 Walnut Street
Newton, Massachusetts 02461-1267
(617) 965-3500
BBO #115330

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on July 28, 2006.

_____
Leonard M. Davidson
Counsel to the plaintiff