**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**DOCKET NO. 03-12584-JLT**

|  |  |  |
|---|---|---|
| WILLIAM H. DAVIS,<br>**Plaintiff** | )<br>)<br>)<br>) |  |
| v. | ) | **JUDGMENT** |
| BERNARD J. HAGAN, JR.,<br>**Defendant** | )<br>)<br>)<br>) |  |

This action came on for hearing before the Court, Honorable William G. Young, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered, is hereby ordered and adjudged that the plaintiff William Davis recover of the defendant Bernard Hagan the sum of Ninety-Four Thousand Five Hundred Ninety ($94,590) Dollars, plus costs in the amount of One Hundred Fifty ($150) Dollars, plus interest thereon at the rate provided by law from the date of filing.

_____
Clerk of Courts